LAURENCE S. ZAKSON (CSB 119435),
WILLIAM Y. SHEH (CSB 221275), and
NATALIA BAUTISTA (CSB 245669), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California  90010
Telephone:  (213) 386-3860
Facsimile:  (213) 386-5583
Emails: laurencez@rac-law.com; williams@rac-law.com; nataliab@rac-law.com

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE MULTI UNION  SECURITY TRUST FUND, in their capacity as fiduciaries for the MULTI UNION SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>HOSPITAL KLEAN OF TEXAS, INC., dba HOSPITAL KLEAN SERVICES, INC., a Texas corporation,<br><br>Defendant<br>_____ | Case No. EDCV 12-1456 CBM (OPx)<br><br>JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT<br><br>DATE ACTION FILED: August 29, 2012<br><br>TRIAL DATE: August 13, 2013 |

Pursuant to a stipulation between plaintiffs TRUSTEES OF THE MULTI UNION  SECURITY TRUST FUND, in their capacity as fiduciaries for the MULTI UNION SECURITY TRUST FUND and defendant HOSPITAL KLEAN OF TEXAS, INC., dba HOSPITAL KLEAN SERVICES, INC., a Texas corporation providing for the entry of judgment according to the terms of the stipulation,

///

GOOD CAUSE APPEARING, IT IS SO ORDERED.

JUDGMENT is entered in favor of plaintiffs TRUSTEES OF THE MULTI UNION SECURITY TRUST FUND, in their capacity as fiduciaries for the MULTI UNION SECURITY TRUST FUND and against defendant HOSPITAL KLEAN OF TEXAS, INC., dba HOSPITAL KLEAN SERVICES, INC., a Texas corporation, pursuant to 29 U.S.C. § 1132(g)(2), for the principal sum of $120,000.00 (One-Hundred and Twenty Thousand Dollars and Zero Cents);

Defendant shall make payment of $50,000.00 (Fifty-Thousand Dollars) by March 11, 2013;

Defendant shall make payment of $20,000.00 (Twenty-Thousand Dollars) by April 10, 2013;

Defendant shall make five monthly payments of $10,000.00 (Ten-Thousand Dollars) each beginning on May 10, 2013 and ending on September 10, 2013.

Should defendant fail to make timely payment of any of the above referenced payments, the entire outstanding amount shall become immediately due.

In the event of a default in the payments as hereinabove set forth, a writ of execution may issue without notice or hearing.

SO ORDERED:

DATE: March 15, 2013
_____
Hon. Consuelo B. Marshall
United States District Court Judge

_____
Judgment